IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION


UNITED STATES OF AMERICA


v.                                          CRIMINAL NO. 3:08CR145-TSL-JCS


HERBERT STEVE SULLIVAN


ORDER OF DISMISSAL

        Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court

endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses

the Criminal Indictment against HERBERT STEVE SULLIVAN without prejudice as the defendant

has pled guilty to a lesser included misdemeanor in Cause Number 3:09cr29-TSL-JCS.

                                        STAN HARRIS
                                        Acting United States Attorney


                                By:  s/ *Jerry L. Rushing*
                                        JERRY L. RUSHING.
                                        Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 25th day of March, 2009.



                                /s/Tom S. Lee_____
                                SENIOR UNITED STATES DISTRICT JUDGE